JaVonne M. Phillips, Esq. SBN 187474
Merdaud Jafarnia, Esq. SBN 217262
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for Secured Creditor, Wells Fargo Bank, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 16-43556-WJL |
| Paul Anthony Green dba RXDS Association, | ) Chapter 13 |
| Debtor. | ) |
| | ) **PREHEARING** |
| | ) **STATEMENT** |
| | ) Date: 12/20/17 |
| | ) Time: 9:30 AM |
| | ) Ctrm: 220 |
| | ) Place: 1300 Clay Street |
| | )          Oakland, CA 94604 |
| | ) Judge William J. Lafferty |

    Wells Fargo Bank, N.A., its assignees and/or successors, ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Prehearing Statement pursuant to its relief from Automatic stay.

1.     Secured Creditor has reviewed and approved the proposed Adequate Protection Agreement on 12/4/17. A copy of same was sent to Debtor's Attorney on12/4/17 for their review and signature. Debtor's Attorney has not returned the signed Adequate Protection

Agreement to our office. On our last communication of 12/15/17 he advised he was working on getting Proof of Payment from Debtor.

Respectfully submitted,

Date: 12/19/2017         /s/ Merdaud Jafarnia
             Merdaud Jafarnia, Esq.
             Attorney for Secured Creditor